IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MERVYN TILDEN,

    Plaintiff,

v.                                                                 1:23-cv-01154-MV-JFR

SMITH'S #446 AND NEW MEXICO DEPARTMENT
OF WORKFORCE SOLUTIONS,

    Defendants.

## **FINAL JUDGMENT**

Pursuant to the Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition filed concurrently herewith, the Court enters this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and hereby dismisses Plaintiff's claims against Defendants without prejudice.

_____
MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE